IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

IN RE:
BRIAN SCOTT MCPHERSON xxx-xx-6403     CASE NUMBER    11-20180
KRISTI ELAINE MCPHERSON xxx-xx-2092
220 UNION GROVE CEMETERY RD
GLADEWATER, TX 75647

DEBTOR(S)

### ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION TO MODIFY DEBTOR(S)' CONFIRMED PLAN TO CEASE FURTHER DISBURSEMENTS TO CREDITOR

On this day, the Court considered the Motion to Modify Debtor(s)' Confirmed Plan to Cease further Disbursements to Creditor as filed by John J. Talton, Chapter 13 Trustee (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-eight (28) day negative notice language, pursuant to LBR 3015(h), which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-eight (28) days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party, and that no creditor is affected by the proposed action but for the creditor named herein who was served. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Chapter 13 Trustee's Motion to Modify Debtor(s)' Confirmed Plan to Cease Further Disbursements to Creditor is hereby **GRANTED** and that **the terms of the confirmed plan is hereby modified for the Trustee to cease further payments on the claim of AMERICREDIT FINANCIAL SERVICES, INC. , Court Claim No. 05 AND Trustee Claim No. 2 other than the amounts of principal and interest, if any, heretofore paid by the Trustee to said Creditor. If applicable, the balance of the claim, if any, is or has been paid direct from other sources.**

All remaining terms of the last Confirmation Order herein entered as modified, if applicable, by an approved Trustee's Recommendation Concerning Claims, order on objections to claims orders, and/or other Court order remain unaltered except as set forth herein.

Signed on 03/27/2014

_/s/ Bill Parker_
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE